December 6, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

MELVIN LEE PRATT, Appellant

NO. 14-11-00876-CR
NO. 14-11-00877-CR                                V.

THE STATE OF TEXAS, Appellee
_____

These causes were heard on the transcript of the record of the court below. The record indicates that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in these appeals, and that this decision be certified below for observance.